2608

18 USC 1343

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2007 NOV 13 A 12:07

UNITED STATES OF AMERICA )
)
vs )   CASE NUMBER 07CR2918-H
)
Linda Velasquez (4) )   ABSTRACT OF ORDER
)
)   Booking No. 05658 298
)
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of November 13, 2007
the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

\_\_\_✓_____ Defendant released on $ 50,000 P/S bond posted.

\_\_\_✓_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( \_\_\_\_\_ affirming) ( \_\_\_\_\_ reversing) decision of this Court:

_____dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

OR

by _____
Deputy Clerk

Received_____
         DUSM

Crim-9   (Rev 6-95)                                         ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY