AO 455(Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| LINDA VELASQUEZ | CASE NUMBER: '07 CR 2918 H |

I, LINDA VELASQUEZ, the above named defendant, who is accused of: Title 18, U.S.C. Sec. 371 - Conspiracy to Commit Wire Fraud; Title 18, U.S.C. Sec. 981(A)(1)(C) and Title 28, U.S.C. Sec. 2461(c)- Forfeiture, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11-13-07, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

LINDA VELASQUEZ
Defendant

9.28.7
Date

Scott Savary
Attorney for Defendant

Before _____
JUDICIAL OFFICER

