PS 8
(8/88)

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

U. S. A. vs. VELASQUEZ, LINDA                              Docket No. 07CR2918H-004

### Petition for Action on Conditions of Pretrial Release

      Comes now Silvana Patton Pretrial Services Officer presenting an official report upon the conduct of defendant VELASQUEZ, LINDA who was placed under pretrial release supervision by the Honorable Nita L. Stormes - 74BL sitting in the court at San Diego, on the 13th day of November, 2007, under the following conditions:

Restrict travel to Southern District of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Forms; Provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; execute a personal appearance bond in the amount of $50,000 Secured by: co-signed by DEFENDANT + (1) financially responsible (related) adults.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

1. The defendant's mental health history was not available to the Court prior to the setting of bond conditions.

**PRAYING THE COURT WILL MODIFY THE DEFENDANT'S CONDITION OF RELEASE TO INCLUDE PSYCHIATRIC OR PSYCHOLOGICAL COUNSELING AS SPECIFIED BY THE ASSIGNED PRETRIAL SERVICES OFFICER.**

ORDER OF COURT

Considered and ordered this __6th__ day of __December__, 2007 and ordered filed and made a part of the records in the above case.

_____
U. S. District Judge Marilyn L. Huff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __December 6, 2007__

Respectfully, _Silvana Patton_
_____
Silvana Patton, U.S. Pretrial Services Officer

Place __San Diego, California__

Date __December 6, 2007__