```
Scott Savary (SBN 174297)
SAVARY, APC
205 West Date Street
San Diego, CA 92101
619 231-4276
f.888 300 4339
```

Attorney for DEFENDANT VELASQUEZ,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALEJANDRO LOPEZ (1)<br>EMILIO LOPEZ (2)<br>RAVINDERJIT SINGH SEKHON (3)<br>LINDA VELASQUEZ(4),<br><br>　　　　Defendants. | Case No.: 07CR2918-W<br><br>JOINT MOTION TO CONTINUE<br>SENTENCING HEARING |

　　IT IS HERREBY REQUESTED by the parties in the case, Plaintiff, United States of America, by and through it's counsel, Karen P. Hewitt, United States Attorney, and Valerie Chu, Assistant United States Attorney, and the Defendant, Linda Velasquez, by and through her counsel, Scott Savary, that the sentencing hearing in the above entitled case scheduled for February 4, 2008 at 9:00 a.m., be continued to March 10, 2008 at 9:00 a.m. for Ms. Velasquez.

1    The parties agree that the time between February 4, 2008
2 and March 10, 2008 is excludable under the Speedy Trial Act for
3 acceptance of plea.
4 The undersigned defense attorney for Ms. Velasquez called the
5 courtroom to obtain the new date and the new date is agreeable
6 to both parties. A proposed order with respect to this motion is
7 being submitted directly to the Court via
8 efile_huff@casd.uscourts.gov.
9    Defendant Velasquez is out of custody on bond.  An
10 acknowledgement of the next court date is being filed
11 contemporaneously with this joint motion.

Dated: January 21, 2008          By: s/*Scott Savary*
                                 Attorney for Deft. Velasquez
                                 SAS@Savarylaw.com

Dated: January 21, 2008          By: s/*Valerie Chu*
                                 Asst. US Attorney
                                 Email: Valerie Chu@usdoj.gov

```
Scott Savary (SBN 174297)
SAVARY, APC
205 West Date Street
San Diego, CA 92101
619 231-4276
f.888 300 4339
```

Attorney for DEFENDANT VELASQUEZ,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALEJANDRO LOPEZ (1)<br>EMILIO LOPEZ (2)<br>RAVINDERJIT SINGH SEKHON (3)<br>LINDA VELASQUEZ(4),<br><br>　　　　Defendants. | Case No.: 07CR2918-W<br><br>CERTIFICATE OF SERVICE |

It is hereby certified that:

I, Scott Savary, am a citizen of the United States and am at least 18 years of age. My business address is 205 West Date Street, San Diego, CA 92101.

　　I have caused service of JOINT MOTION TO CONTINUE SENTENCING HEARING on the following parties by electronically filing the foregoing with the Clerk of the District Court using it's ECF system, which electronically notifies them.

Valerie Chu

Valerie.Chu@usdoj.gove, efile.dkt.mf@usdoj.gov, Tina.Gray@usdoj.gov

Ezekiel E. Cortez

lawforjustice@aol.com, Barbara@cortezjohnson.sdcoxmail.com

Gregory Vega

vega@scmv.com, havard@scmv.com

Kurt David Hermansen

KDH@KurtDavidHermansen.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 21, 2008    By: s/ *Scott Savary*

                                            Attorney for Deft. Velasquez

                                            SAS@Savarylaw.com