# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>    vs.<br>LINDA VELASQUEZ [04],<br><br>        Defendant. | CASE NO. 07-CR-2918 H<br><br>ORDER CONTINUING<br>SENTENCING HEARING |

**IT IS HEREBY ORDERED** that the sentencing hearing presently set for Monday, February 4, 2008 at 9:00 a.m. be continued until **March 10, 2008 at 9:00 a.m.** The Court finds that time is excludable under the Speedy Trial Act. The defendant is on bond and has filed an Acknowledgment of Next Court Date.

**IT IS SO ORDERED.**

Dated: January 31, 2008

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT