1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FILED

MAR 1 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )     Case No. 07cr2918-H
                                   )
              Plaintiff,           )
                                   )     ORDER OF CRIMINAL
     v.                            )     FORFEITURE
                                   )
LINDA VELASQUEZ (4),               )
                                   )
              Defendant.           )
_____)

        WHEREAS, in the Information in the above-captioned case, the United States sought

forfeiture of all right, title and interest in specific properties of the above-named Defendant,

LINDA VELASQUEZ (4) ("Defendant"), pursuant to Title 18, United States Code,

Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), as property which

constitutes or is derived from the proceeds traceable to the commission of the conspiracy of which

the Defendant is convicted; and

        WHEREAS, on or about November 13, 2007, the Defendant, pled guilty before Magistrate

Judge Nita L. Stormes to the one-count Information, and on March 10, 2008, this Court

accepted the guilty plea of Defendant, which plea included consent to the criminal forfeiture

allegations pursuant to Title 18 and Title 28 as set forth in the Information and an agreement to the

entry of a **$70,000** judgment against the Defendant in favor of the United States; and

        WHEREAS, by virtue of the admissions of the Defendant set out in the plea agreement and

guilty plea, the Court determined that **$70,000** (U.S. dollars) represents the proceeds the Defendant

1    derived from the conspiracy to commit wire fraud, in violation of Title 18, United States Code,

2    Section 371, as charged in the Information; and

3         WHEREAS, by virtue of said guilty plea and the Court's findings, the United States is now

4    entitled to an Order of Forfeiture and a judgment in its favor against the Defendant in the amount

5    of **$70,000**, pursuant to 21 U.S.C. § 853 and Rule 32.2(b) of the Federal Rules of Criminal

6    Procedure; and

7         WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent

8    that the forfeiture consists of a money judgment;" and

9         WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has

10   established the requisite nexus between the **$70,000** judgment and the offense; and

11        WHEREAS, the United States, having submitted the Order herein to the Defendant through

12   her attorney of record, to review, and no objections having been received;

13        Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

14        1.    Defendant LINDA VELASQUEZ (4) shall forfeit to the United States the sum of

15   **$70,000** pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States

16   Code, Section 2461(c); and

17        2.    The Clerk of the Court is directed to enter a judgment in favor of the United States

18   against Defendant LINDA VELASQUEZ (4) in the amount of **$70,000** with interest to accrue

19   thereon in accordance with law; and

20        3.    This Court shall retain jurisdiction in the case for the purpose of enforcing the order

21   of forfeiture and collecting and enforcing the judgment; and

22        4.    Pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall be made final as to the

23   Defendant at the time of sentencing and is part of the sentence and included in the judgment; and

24        5.    The United States may, at any time, move pursuant to Rule 32.2(e) to amend this

25   Order of Forfeiture to substitute property having a value not to exceed **$70,000** to satisfy the

26   money judgment in whole or in part; and

27   //

28   //

| | |
|---|---|
| 1 | 6.    The United States may take any and all actions available to it to collect and enforce |
| 2 | the judgment. |
| 3 | DATED:  3/10/08 |
| 4 | |
| 5 | MARILYN L. HUFF, Judge<br>United States District Court |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF CALIFORNIA

3    UNITED STATES OF AMERICA,          )          Case No. 07cr2918-H
                                        )
4                         Plaintiff,    )          CERTIFICATE OF
                                        )          SERVICE BY FACSIMILE
5          v.                           )
                                        )
6    LINDA VELASQUEZ (4),               )
                                        )
7                         Defendant.    )
     _____)

8

9    STATE OF CALIFORNIA    )
                            )   ss.
10   COUNTY OF SAN DIEGO    )

11          IT IS HEREBY CERTIFIED THAT:

12          I, Mary I. Apgar, am a citizen of the United States over the age of eighteen years and a

13   resident of San Diego County, California; my business address is 880 Front Street, San Diego,

14   California; I am not a party to the above-entitled action; and,

15          On this date I transmitted via facsimile machine, at San Diego, California, , in the above-

16   entitled action, a copy of **PRELIMINARY ORDER OF CRIMINAL FORFEITURE**, to

17   Scott A. Savary, at his correct and current facsimile number, (888) 300-4339.

18          I declare under penalty of perjury that the foregoing is true and correct.

19          Executed on January 23, 2008.

20

21                                      MARY I. APGAR

22

23

24

25

26

27

28