| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN<br>JDIS ✓ | |
|---|---|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | | | COURT CASE NUMBER<br>07cr2918-H |
| DEFENDANT<br>LINDA VELASQUEZ (4) | | | TYPE OF PROCESS<br>RECORDATION |

FILED
2008 APR -8 AM 8: 12
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___RM___ DEPUTY

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT
CALIFORNIA
2008 MAR 21 A 10: 0_

| SERVE ► AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>FEDERAL BUREAU OF INVESTIGATION   ATTN: FORFEITURES |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)<br>9797 AERO DRIVE, SAN DIEGO CA  92123 |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | |
|---|---|---|
| Yesmin E. Saide, Ass't United States Attorney<br>Office of the United States Attorney<br>880 Front Street, Room 6293<br>San Diego, CA 92101-8893 | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

CATS ID 08-FBI-001063 - $400,000.00 Money Judgment

Attached are two certified and 2 additional copies each of the Judgment in a Criminal Case and Order of Criminal Forfeiture for the above-named defendant. Please have both the Judgment and Order recorded at the San Diego County Recorder's Office.

| Signature of Attorney or other Originator requesting service on behalf of :<br>_Yesmin E. Saide / mio_     Yesmin E. Saide [AUSA]   ☒ PLAINTIFF   ☐ DEFENDANT | TELEPHONE NUMBER<br>(619) 557-7366 | DATE<br>3/14/08 |
|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No. 1 | District of Origin<br>No. 98 | District to Serve<br>No. 98 | Signature of Authorized USMS Deputy or Clerk<br>C Bachita | Date<br>3/21/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (If not shown above).<br>Karen Beers | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service  4/4/08   Time  2:24 pm |
| | Signature of U.S. Marshal or Deputy<br>Brian Caserta                  #33++ |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| $45 | $11.62 | | $56.62 | | | |

REMARKS:
Order of Criminal Forfeiture & Judgment in a Criminal Case recorded with San Diego County Recorder 3/28/08, Doc. No. 2008-0165923; cost $34.

| PRIOR EDITIONS MAY BE USED | SEND ORIGINAL + 2 COPIES to USMS. | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

**1. CLERK OF COURT**  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt